UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LUCAS ALLEN AND KELLIE ALLEN,<br>    *Plaintiffs*, | §<br>§<br>§ |
| v. | §     CIVIL ACTION NO. 1:23-CV-00818 |
| | § |
| INDEMNITY INSURANCE COMPANY OF<br>NORTH AMERICA,<br>    *Defendant*. | §<br>§<br>§<br>§<br>§ |

**DEFENDANT INDEMNITY INSURANCE COMPANY OF NORTH AMERICA'S NOTICE OF REMOVAL**

Defendant Indemnity Insurance Company of North America ("IINA") files this notice of removal pursuant to 28 U.S.C. § 1446(a). IINA requests that this civil action, originally filed in the 424th Judicial District Court of Llano County, Texas, be removed to the United States District Court for the Western District of Texas, Austin Division pursuant to 28 U.S.C. §§ 1332 and 1441. In support of this request, IINA respectfully shows the Court as follows:

**BACKGROUND**

1. On June 14, 2023, Plaintiffs Lucas Allen and Kellie Allen (together "Plaintiffs") filed their original petition in the 424th Judicial District Court of Llano County, Texas, under Cause No. 22433 against IINA. Generally, Plaintiffs allege causes of action against IINA for breach of contract, violations of the Texas Insurance Code, and breach of the Texas common-law duty of good faith and fair dealing stemming from IINA's investigation and denial of Plaintiffs' claim for property damage insurance benefits.

2. Service of process was made on IINA through its registered agent on June 20, 2023. This Notice is therefore timely filed within the 30-day deadline required by 28 U.S.C. § 1446(b).

## BASIS FOR REMOVAL

3. Removal of this action is proper based on diversity jurisdiction pursuant to 28 U.S.C. § 1332, because complete diversity exists between the Plaintiffs and IINA and the amount in controversy exceeds the statutorily mandated threshold of $75,000. *See* 28 U.S.C. § 1332.

4. Plaintiffs are natural persons who reside in Texas. So, Plaintiffs are both citizens of Texas. IINA is incorporated in and maintains its principal place of business in Pennsylvania. So, IINA is a citizen of Pennsylvania. Thus, complete diversity exists between all adverse parties.

5. The amount in controversy exceeds $75,000. As stated in their Original Petition, Plaintiffs "seek monetary relief, more than $200,000 but no more than $1,000,000." (Pls' Orig. Pet., Ex. 2, p. 11.) Plaintiffs also claim to "have over $170,000 in what should be covered loss." (*Id.* at p. 4.) Therefore, the 28 U.S.C. § 1332 amount-in-controversy requirement is satisfied here.[1]

6. Venue is proper in this Court per 28 U.S.C. § 1441(a) because this district and division embrace Llano County, Texas. *See* 28 U.S.C. § 124(d)(1).

7. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed with the Clerk of the 424th District Court of Llano County, Texas and served on all parties.

8. Pursuant to 28 U.S.C. § 1446(a), this Notice of Removal has attached the following:

| Exhibit Nos. | Description | Page Nos. |
|---|---|---|
| 1 | State District Court Docket | 0001 |
| 2 | Plaintiffs' Original Petition | 0002-0014 |
| 3 | Defendant's Original Answer with Exhibit A | 0015-0177 |

---

1. *Scarlott v. Nissan N. Am. Inc.*, 771 F.3d 883, 888 (5th Cir. 2014) (Where a plaintiff demands a specific amount in its complaint, the stated amount, if apparently made in good faith, is dispositive of jurisdiction.).

**PRAYER**

WHEREFORE, Defendant Indemnity Insurance Company of North America respectfully requests that the Court sustain this removal, retain jurisdiction over the action, and grant all other and further relief to which Defendant may be entitled.

Respectfully submitted,

**COZEN O'CONNOR**

By:    */s/ Alicia G. Curran*
Alicia G. Curran
State Bar No. 12587500
James B. Harper
State Bar No. 24108602
1717 Main Street, Suite 3100
Dallas, Texas 75201-7335
Telephone: (214) 462-3000
Facsimile: (214) 462-3299
acurran@cozen.com
jharper@cozen.com

**ATTORNEYS FOR DEFENDANT INDEMNITY INSURANCE COMPANY OF NORTH AMERICA**

**CERTIFICATE OF SERVICE**

   The undersigned certifies that, on July 19, 2023 a true copy of this document was served upon the following counsel of record, via the Court's electronic filing system, if enrolled, or otherwise by fax and email.

   Benjamin R. Crowell, III
   ben@ck-finn.com
   Brennan M. Kucera
   brennan@ck-firm.com
   CROWELL & KUCERA, PLLC
   2028 E. Ben White Blvd. Ste. 240-2015
   Austin, TX 78741

   *Attorneys for Plaintiffs*
   *Lucas Allen and Kellie Allen*

              */s/ Alicia G. Curran*
              Alicia G. Curran