IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LUCAS ALLEN and KELLIE ALLEN, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:23-CV-818-RP |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, | § § § § | |
| Defendant. | § | |

## ORDER

On June 11, 2024, the parties dismissed all claims in this case with prejudice by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 16). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on June 12, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE